FILED ✓ ENTERED  RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD

NOV - 5 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CHARLES WHITE,<br><br>Defendant. | Case No. 2:01-cr-0075-PMP-RJJ<br><br>ORDER |

This matter is before the Court to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF No. 15), a sentence having been imposed on November 16, 2001. Upon further review of the restitution order in this matter, the specific information needed to complete the order of restitution was not made a part of the Judgment.

It is therefore ordered that the Defendant shall make restitution to the following payee(s) listed below:

Name of Payee: PROVIDIAN PAYMENT PROCESSING

Amount of Restitution: $116,170.45

Total Amount of Restitution ordered: $116,170.45

DATED THIS 5th day of November 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE